## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| FRANCISCO CHAVEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 16-cv-03979 |
| v. ) | |
| ) | Honorable Amy J. St. Eve |
| ILLINOIS AUTO ELECTRIC CO. ) | Magistrate Judge Sidney I. Schenkier |
| d/b/a ILLINOIS AUTO CENTRAL,) | |
| ) | |
| Defendant. ) | |

### JOINT STIPULATION OF DISMISSAL

NOW COMES, Plaintiff Francisco Chavez and Defendant Illinois Auto Electric Co. by and through its attorney (hereinafter collectively referred to as the "Parties") and hereby stipulate to the following:

**IT IS HEREBY ORDERED:**

A. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is stipulated and agreed by and between the Parties that Plaintiff's claims are dismissed with prejudice, without further order of the Court, with each party to bear its own costs and attorney fees.

Respectfully submitted this 24 day of August, 2016.

_____
Plaintiff, Pro Se

Francisco Chavez
688 Tallgrass Dr.
Bolingbrook, IL 60440
Tel: 630-739-7953

By: /s/ Michael D. Wong
_____
One of the Attorneys for Defendant
SMITHAMUNDSEN LLC
Jeffrey A. Risch, Esq. (ARDC # 06271407)
Michael D. Wong, Esq. (ARDC# 06291089)
3815 E. Main Street, Suite A-1
St. Charles, IL 60174
(630) 587-7922 – Telephone
(630) 587-7960 – Facsimile
jrisch@salawus.com
mwong@salawus.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 24, 2016, I electronically filed the foregoing *Joint Stipulation of Dismissal* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Francisco Chavez
688 Tallgrass Dr.
Bolingbrook, IL 60440
frankiechavez01@gmail.com

  I hereby certify that I have mailed via United States Postal Service the document to any non CM/ECF participants.

                 s/ Michael D. Wong
                 Attorney No. 06291089

SmithAmundsen LLC
Jeffrey A. Risch, Esq. (ARDC # 06271407)
Michael D. Wong, Esq. (ARDC# 06291089)
3815 E. Main Street, Suite A-1
St. Charles, IL 60174
(630) 587-7922 – Telephone
(630) 587-7960 – Facsimile
jrisch@salawus.com
mwong@salawus.com
**ATTORNEYS FOR DEFENDANTS**